HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
AND WELFARE FUNDS, )
)
Plaintiff, )
)
v. )
)
)
)
BURNS CARTAGE, INC. )
an Illinois corporation, )
)
)
Defendant. )

FILED
DEC - 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6805
JUDGE MANNING
MAG.JUDGE KEYS

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, BURNS CARTAGE, INC., an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

      (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Fund as described in Paragraph 2, is administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreement previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) BURNS CARTAGE, INC., an Illinois corporation, employs persons represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) BURNS CARTAGE, INC., is an Illinois corporation, with its principal place of business at Country Club Hills, Illinois.

(c) BURNS CARTAGE, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. BURNS CARTAGE, INC., an Illinois corporation, entered into Area Construction Agreement for the period beginning April 20, 2007 through the present with Teamsters 179 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreement between BURNS CARTAGE, INC., an Illinois corporation, and the Union, BURNS CARTAGE, INC., has failed and continues to fail to make its obligated contributions to the Fund for the period April, 2007 through July, 2007, as disclosed in an audit which took place on September 5, 2007.

6. The audit disclosed $1,269.91 due the Pension Fund and $1,651.54 due the Welfare Fund for a total of $2,921.45.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against BURNS CARTAGE, INC., an Illinois corporation, in the amount of the audit, $2,921.45.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

3

# EXHIBIT A



Burns Cartage
0026798639

**AREA CONSTRUCTION AGREEMENT**
BETWEEN

**TEAMSTERS LOCAL 179**
An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

And

**CONTRACTORS ASSOCIATION OF
WILL AND GRUNDY COUNTIES**

JUNE 1, 2006 THROUGH MAY 31, 2009



FOR TEAMSTERS LOCAL 179

BY:
TITLE:
DATE: 4-30-07

FOR THE COMPANY
FOR NON-ASSOCIATION EMPLOYERS

COMPANY: Burns Cartage
ADDRESS: 17165 Thorold ave
City: Country Club Hls  State: IL  Zip: 60478
PHONE: 708-922-0184
BY: David Burns
TITLE: President
DATE: 4/26/07

39



# General Chauffeurs, Sales Drivers and Helpers
## Local Union No. 179

Affiliated with the International Brotherhood of Teamsters

MAIN OFFICE:
1000 N. E. I-55 FRONTAGE RD.
JOLIET, ILLINOIS 60431
PHONE (815) 741-2200
FAX (815) 741-2275

SUB OFFICE:
SHERMAN & LADD
PONTIAC, ILLINOIS 61764
PHONE: (815) 844-5094

To: Suburban Teamsters Fringe Benefits – Compliance Dept.
1275 W. Roosevelt Road, #121
West Chicago, IL 60185

May 22, 2007

Re: **NEW EMPLOYER**

EIN # 4765

**Company Name: Burns Cartage**

**Mailing Address: 17765 Maple Ave., Country Club Hills, IL 60478**

**Phone: 708-922-0184**

**Company Officer: Darryl Burns**

**Company Contact Same As Above**

**Collective Bargaining Agreement (enclosed):**

    Type of contract: CON      Date signed: 4/20/07

**Initial Contribution Rates:**

| | | | |
|---|---|---|---|
| Effective date: | 6/1/06 | 6/1/07 | 6/1/08 |
| Welfare: | $5.50 | $6.00 | TBA |
| Pension: | $155.00 | $163.00 | TBA |

**Participants**

    No employees yet.

*HAVE IT DELIVERED UNION!*