# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN )
TEAMSTERS OF NORTHERN ILLINOIS )  Docket Number
PENSION AND WELFARE FUNDS, )
) **07cv6805**
) **JUDGE MANNING**
v. )
) **MAG. JUDGE KEYS**
)
BURNS CARTAGE, INC., an Illinois )
corporation )
)

TO:    (Name and address of defendant)

        BURNS CARTAGE, INC.,
        an Illinois corporation
        c/o Its Registered Agent
        Darryl Burns
        17765 ~~17785~~ Maple Avenue
        Country Club Hills, Illinois 60478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

        JOHN J. TOOMEY
        ARNOLD AND KADJAN
        19 W. Jackson Boulevard, Suite 300
        Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                                DEC 0 4 2007
Michael W. Dobbins, Clerk                             Date

(by) Deputy Clerk

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.        DATE: 12/7/07

NAME OF SERVER (PRINT) SCOTT POCIUS        TITLE INVESTIGATOR

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: BURNS CARTAGE, INC C/O ITS REGISTERED AGENT- DARRYL BURNS AT HIS RESIDENCE- 17765 MAPLE AVENUE, COUNTRY CLUB HILLS, INK HE CAN BE DESCRIBED AS M/B 40's BLACK HAIR MIXED GRAY BLACK GOATEE

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/07
             Date

Signature of Server

Address of Server

THE ARSUS AGENCY INC
1400 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068