IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>BURNS CARTAGE, INC. an Illinois corporation,<br><br>        Defendant. | No. 07 C 6805<br><br>Judge Manning<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

To:    Burns Cartage, Inc.
        an Illinois corporation
        c/o Its Registered Agent
        Darryl Burns
        17765 Maple Avenue
        Country Club Hills, Illinois 60478

      PLEASE TAKE NOTICE that on January 17, 2008, at 9:15 a.m., I will appear before the Honorable Judge Manning in Room 2125 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

                                        Respectfully submitted,

                                        s/John J. Toomey
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: December 28, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2007 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Burns Cartage, Inc.
an Illinois corporation
c/o Its Registered Agent
Darryl Burns
17765 Maple Avenue
Country Club Hills, Illinois  60478

                                   **s/John J. Toomey**
                                   ARNOLD AND KADJAN
                                   19 W. Jackson Blvd., Suite 300
                                   Chicago, IL 60604
                                   Telephone No.:  (312) 236-0415
                                   Facsimile No.:  (312) 341-0438
                                   Dated:  December 28, 2007