UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund and Welfare Funds

Plaintiff,

v.

Case No.:
1:07−cv−06805

Honorable Blanche
M. Manning

Burns Cartage, Inc.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

MINUTE entry before Judge Blanche M. Manning : The plaintiff has moved for judgment in sum certain [7−1]. However, the delinquency amounts sought in the complaint and described in Mr. Siebert's affidavit do not match up with the amount sought in the motion for judgment. The plaintiff is directed to file within 5 court days of the date of entry of this order a supplement to the motion for judgment revising the amounts due and/or the affidavit, as necessary.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.