IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BURNS CARTAGE, INC.<br>an Illinois corporation,<br><br>　　　　　Defendant. | No. 07 C 6805<br><br>Judge Manning<br><br>Magistrate Judge Keys |

## AMENDED MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.　Suit was filed on December 4, 2007 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.　Corporate service was made upon BURNS CARTAGE, INC., on December 7, 2007 and a copy of the proof of service was filed with the court on December 21, 2007.

3.　Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

```
     $1,269.91  Pension
     $1,651.54  Welfare
       $925.00  Attorneys fees
       $448.00  Court costs
     $4,294.45
```

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, BURNS CARTAGE, INC., an Illinois corporation and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $4,294.45.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

By: _____/s/ John J. Toomey_____
            One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415