IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>BURNS CARTAGE, INC. an Illinois corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 07 C 6805<br>)<br>)  Judge Manning<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Burns Cartage, Inc.
        an Illinois corporation
        c/o Its Registered Agent
        Darryl Burns
        17765 Maple Avenue
        Country Club Hills, Illinois 60478

       PLEASE TAKE NOTICE that on January 29, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

       1.    Amended Motion for Judgment in Sum Certain.

a copy of which is attached hereto and served upon you.

                                  TRUSTEES OF THE SUBURBAN TEAMSTERS
                                  OF NORTHERN ILLINOIS WELFARE AND
                                  PENSION FUNDS

                                  s/John J. Toomey
                                  ARNOLD AND KADJAN
                                  19 W. Jackson Blvd., Suite 300
                                  Chicago, IL 60604
                                  Telephone No.: (312) 236-0415
                                  Facsimile No.: (312) 341-0438
                                  Dated: January 29, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on January 29, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Burns Cartage, Inc.
an Illinois corporation
c/o Its Registered Agent
Darryl Burns
17765 Maple Avenue
Country Club Hills, Illinois  60478

            s/John J. Toomey
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            Telephone No.:  (312) 236-0415
            Facsimile No.:   (312) 341-0438
            Dated:  January 29, 2008