# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6805 | **DATE** | January 29, 2008 |
| **CASE TITLE** | *Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Burns Cartage* | | |

**DOCKET ENTRY TEXT**

As stated below, the amended motion for judgment [11-1] is granted. Judgment in the amount of $4,294.45 is awarded to the plaintiff. Civil case terminated.

■[ For further details see text below.]

00:00

## STATEMENT

On December 4, 2007, the plaintiff filed suit against defendant Burns Cartage, Inc. ("Burns Cartage") under ERISA (29 U.S.C. § 1132) to collect delinquent employee benefit fund contributions during the period of April 2007 through July 2007. The plaintiff has moved for judgment in the amount of $4,294.45 consisting of $1,373.00 in attorneys' fees and costs and $2,921.45 in unpaid pension and welfare contributions, including liquidated damages and interest.

The docket reflects that the defendant was served with summons on December 7, 2007, and defendant was required to answer by December 27, 2007. Burns Cartage has failed to answer or appear. Having reviewed the complaint and declarations in support of the original motion for judgment, and finding that the defendant has failed to make the required payments to the plaintiff as stated in the complaint and that the affidavits of John Toomey and Richard Siebert filed by the plaintiffs support the claim for the amounts due, the court orders as follows:

1. Defendant Burns Cartage is ordered to pay to the plaintiff all unpaid contributions, liquidated damages, and interest that accrued during the period of April 2007 through July 2007, which amount totals $2,921.45.

2. Defendant Burns Cartage is ordered to pay reasonable attorney's fees and costs incurred by the plaintiff pursuant to the relevant collective bargaining agreements and trust agreements and 29 U.S.C. § 1132(g)(2)(D) in the amount of $1,373.00.

3. The total amount awarded to the plaintiff is $4,294.45.

RH/ph