IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | No.  07 C 6805 |
| v. | ) ) ) | Judge Manning |
| BURNS CARTAGE, INC. an Illinois corporation, | ) ) ) ) | Magistrate Judge Keys |
| Defendant. | ) | |

## MOTION FOR RULE TO SHOW CAUSE

Plaintiffs hereby move this Court to enter a Rule to Show Cause why LOTTIE STEMLEY, should not be held in contempt of this Court for failure to appear for her Citation to Discover Assets.  In support of their Motion, Plaintiffs state as follows:

1.    This Court entered Judgment on January 29, 2008 in favor of Plaintiffs and against the Defendant, BURNS CARTAGE, INC., an Illinois corporation in the amount of $4,294.45..

2.    On February 5, 2008, the Clerk of the District Court issued a Citation to Discover Assets and, pursuant to the Proof of Service, a copy of which is attached hereto, Defendant was served with the Citation to Discover Assets on February 13, 2008.

3.    Defendant did not appear on February 20, 2008 for the Citation to Discover Assets.

WHEREFORE, Plaintiffs move this Court to enter a Rule to Show Cause why DARRYL BURNS, should not be held in contempt of this Court and setting a hearing date on that Rule to Show Cause.

1

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN
ILLINOIS WELFARE AND PENSION FUNDS

By: _____ 2/21/08
    One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

**Service of Process:** Case 1:07-cv-06805    Document 16    Filed 02/21/2008    Page 3 of 9
1:07-cv-06805 Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and
Welfare Funds v. Burns Cartage, Inc. **CASE CLOSED on 01/29/2008**

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.0

#### Notice of Electronic Filing

The following transaction was entered by Toomey, John on 2/19/2008 at 2:11 PM CST and filed on 2/19/2008

**Case Name:**     Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Burns Cartage, Inc.

**Case Number:**     1:07-cv-6805

**Filer:**     Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds

**WARNING: CASE CLOSED on 01/29/2008**

**Document Number:**     15

**Docket Text:**
AFFIDAVIT of Service filed by Plaintiff Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds regarding Citation to Discover Assets of Burns Cartage, Inc. served on Darryl Burns, Registered Agent of Burns Cartage, Inc. on February 13, 2008 (Toomey, John)

**1:07-cv-6805 Notice has been electronically mailed to:**

John Joseph Toomey     jtoomey100@hotmail.com

**1:07-cv-6805 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=2/19/2008] [FileNumber=4485493-0
] [8b390782397f5f4a8a42bfaa695026c5940018e5b48f5c07e671b972a3d78476638
1df7e313fce6efb89c174beccc6f9fcb0d948d061c00705f425a42899e11f]]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE
SUBURBAN TEAMSTERS

v.                                        Case # *07 C 6805*

BURNS CARTAGE INC

## AFFIDAVIT OF SPECIAL PROCESS SERVER

*John Marzec*, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1.    That I served the within *CITATION TO DELIVER ASSETS*

on the within named *BURNS CARTAGE INC c/o DARRYL BURNS, REG-AGENT*

by personally serving a copy to the individual on    *2-13-08*

2.    That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

sex *M*    race *B*    approximate age *40's*    other *black/graying hair*

That the place where and the date and time when the above document was served upon the person were as follows:

place *RESIDENCE: 17765 MARE AVE COUNTRY CLUB HILLS IL*

date *2-13-08*                time *6:20 P.M.*

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

FEB 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS PENSION FUND )
AND WELFARE FUNDS, )
           )
        Plaintiff, )
           )  No.  07 C 6805
           )
   v. )  Judge Manning
           )
BURNS CARTAGE, INC. )  Magistrate Judge Keys
an Illinois corporation, )
           )
        Defendant. )

## CITATION TO DISCOVER ASSETS

To:   Darryl Burns
      Registered Agent
      Burns Cartage, Inc.
      17765 Maple Avenue
      Country Club Hills, Illinois  60478

**YOU ARE COMMANDED** to appear at 19 W. Jackson Boulevard, Suite 300, Chicago,

Illinois 60604, at 1:00 p.m. on February 20, 2008, to be examined under oath concerning the

property or income of, or indebtedness due Defendant.  Judgment was entered against Defendant

Dynamic Trucking, Inc., an Illinois corporation, and for Plaintiffs on January 29, 2008, in the

principal amount of $4,294.45.  A copy of the Judgment entered by Judge Manning was filed with

the Clerk of the Court.

**YOU ARE COMMANDED** to produce at the examination all books, papers or records in

your possession or control which may contain information concerning the property or income of

Defendant or indebtedness due them.

**WARNING:** Your failure to appear as herein directed may cause you to be arrested and

brought before the Court to answer to a charge of contempt of court, which may be punishable by

imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property owned by Defendant or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendant holds any interest whatsoever, records regarding all accounts receivable or amounts due to Defendant for any reason, records regarding all indebtedness of Defendant including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendant or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendant, and records regarding all jewelry, art objects and other personal property owned by Defendant.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS,_____ 2008

## MICHAEL W. DOBBINS

CLERK OF THE COURT

FEB - 5 2008    LIRI ISUFI

DEPUTY CLERK

John J. Toomey
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

### CERTIFICATE OF ATTORNEY

1.    Judgment in the amount of $4,294.45 entered on January 29, 2008 attached).

2.    Name of Court:  United States District Court for the Northern District of Illinois, Eastern Division.

3.    Case No. 07 C 6805.

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

By:    _____    2/5/08
       One of Plaintiffs' Attorneys

Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, Illinois  60604
(312) 236-0415

3

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6805 | **DATE** | January 29, 2008 |
| **CASE TITLE** | *Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Burns Cartage* | | |

**DOCKET ENTRY TEXT**

As stated below, the amended motion for judgment [11-1] is granted. Judgment in the amount of $4,294.45 is awarded to the plaintiff. Civil case terminated.

■[ For further details see text below.]

00:00

---

## STATEMENT

On December 4, 2007, the plaintiff filed suit against defendant Burns Cartage, Inc. ("Burns Cartage") under ERISA (29 U.S.C. § 1132) to collect delinquent employee benefit fund contributions during the period of April 2007 through July 2007. The plaintiff has moved for judgment in the amount of $4,294.45 consisting of $1,373.00 in attorneys' fees and costs and $2,921.45 in unpaid pension and welfare contributions, including liquidated damages and interest.

The docket reflects that the defendant was served with summons on December 7, 2007, and defendant was required to answer by December 27, 2007. Burns Cartage has failed to answer or appear. Having reviewed the complaint and declarations in support of the original motion for judgment, and finding that the defendant has failed to make the required payments to the plaintiff as stated in the complaint and that the affidavits of John Toomey and Richard Siebert filed by the plaintiffs support the claim for the amounts due, the court orders as follows:

1.  Defendant Burns Cartage is ordered to pay to the plaintiff all unpaid contributions, liquidated damages, and interest that accrued during the period of April 2007 through July 2007, which amount totals $2,921.45.

2.  Defendant Burns Cartage is ordered to pay reasonable attorney's fees and costs incurred by the plaintiff pursuant to the relevant collective bargaining agreements and trust agreements and 29 U.S.C. § 1132(g)(2)(D) in the amount of $1,373.00.

3.  The total amount awarded to the plaintiff is $4,294.45.

RJH/ph

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Pension Fund

                                                      Plaintiff,

v.                                             Case No.:
                                            1:08−cv−00696
                                            Honorable Ruben
                                            Castillo

Hillquist Brothers Excavating, Inc.

                                                   Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Ruben Castillo :The court's review of the complaint indicates that it is appropriate to give this case expedited treatment. Parties to file a joint status report on or before 3/27/2008. The Court will hold a status hearing in open court on 4/1/2008 at 9:00 a.m. The parties are authorized to proceed with all discovery. All discovery to be completed on or before 6/2/2008. This case is subject to be called for trial anytime after 6/2/2008 upon a five business days notice. A final pretrial order will be waived. Plaintiffs are requested to serve the complaint in a manner to adhere to this expedited schedule. Plaintiffs are also ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendant by 3/10/2008. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.