IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>           Plaintiff,<br><br>v.<br><br>BURNS CARTAGE, INC.<br>an Illinois corporation,<br><br>           Defendant. | No. 07 C 6805<br><br>Judge Manning<br><br>Magistrate Judge Keys |

## ORDER

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1.    Defendant, DARRYL BURNS, Individually shall personally appear before this Court on _____, 2008, at _____ a.m. in Courtroom 2125.

2.    At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Defendant should not be held in contempt of this Court for her failure to appear for a Citation to Discover Assets on February 20, 2008, which was timely served.

DATED:_____

ENTER:_____
                        Honorable Judge Manning

JOHN J. TOOMEY
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415