IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BURNS CARTAGE, INC.<br>an Illinois corporation,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) No. 07 C 6805<br>)<br>) Judge Manning<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>) |

## NOTICE OF MOTION

To:　Darryl Burns
　　　Registered Agent
　　　Burns Cartage, Inc.
　　　17765 Maple Avenue
　　　Country Club Hills, Illinois  60478

　　　PLEASE TAKE NOTICE that on February 28, 2008, at 11:00 a.m., I will appear before the Honorable Judge Manning in Room 1425 and then and there present the attached Motion for Rule to Show Cause, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**s/John J. Toomey**
　　　　　　　　　　　　　　　　　ARNOLD AND KADJAN
　　　　　　　　　　　　　　　　　19 W. Jackson Blvd., Suite 300
　　　　　　　　　　　　　　　　　Chicago, IL 60604
　　　　　　　　　　　　　　　　　Telephone No.:  (312) 236-0415
　　　　　　　　　　　　　　　　　Facsimile No.:  (312) 341-0438
　　　　　　　　　　　　　　　　　Dated:  February 21, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

      Darryl Burns
      Registered Agent
      Burns Cartage, Inc.
      17765 Maple Avenue
      Country Club Hills, Illinois  60478

                                  **s/John J. Toomey**
                                  ARNOLD AND KADJAN
                                  19 W. Jackson Blvd., Suite 300
                                  Chicago, IL 60604
                                  Telephone No.:  (312) 236-0415
                                  Facsimile No.:  (312) 341-0438
                                  Dated:  February 21, 2008