## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6805 | **DATE** | 2/28/2008 |
| **CASE TITLE** | TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS et AL vs. BURNS CARTAGE INC | | |

**DOCKET ENTRY TEXT**

Defendant fails to appear. Plaintiff's motion for a rule to show cause is granted. Hearing on the rule to show cause is set for March 18, 2008 at 11:00 am.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|