IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> BURNS CARTAGE, INC. an Illinois corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07 C 6805 <br> ) <br> ) Judge Manning <br> ) <br> ) Magistrate Judge Keys <br> ) <br> ) <br> ) |

## ORDER

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1. Defendant, DARRYL BURNS, Individually shall personally appear before this Court on March 18, 2008, at 11:00 a.m. in Courtroom 2125.

2. At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Defendant should not be held in contempt of this Court for his failure to appear for a Citation to Discover Assets on February 20, 2008, which was timely served.

DATED: FEB 2 8 2008

ENTER: _Blanche M. Manning_
Honorable Judge Manning

JOHN J. TOOMEY
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415