TRUSTEES OF THE
SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS et al

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

v.

BURNS CARTAGE, INC

Case # 07 C 6805

## AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within ORDER/RULE TO SHOW CAUSE

   on the within named
   BURNS CARTAGE, INC
   C/O DARRYL BURNS - REGISTERED AGENT

   by personally serving a copy to the individual on 3/13/08

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M   race B   approximate age 40S   other BLACK HAIR MIXED GRAY

   That the place where and the date and time when the above document was served upon the person were as follows:

   place PERSONAL RESIDENCE - 17785 MAPLE AVE, COUNTRY CLUB HILLS, IL
   date 3/13/08   time 9:15 PM

   Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

   _____
   Special Process Server

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07 C 6805 ) ) Judge Manning ) |
| BURNS CARTAGE, INC. an Illinois corporation, | ) Magistrate Judge Keys ) ) |
| Defendant. | ) |

## ORDER

**THIS CAUSE** coming on to be heard on Plaintiff's Motion for Rule to Show Cause, due Notice having been given;

**IT IS HEREBY ORDERED:**

1. Defendant, DARRYL BURNS, Individually shall personally appear before this Court on March 18, 2008, at 11:00 a.m. in Courtroom 2125.

2. At that time, this Court will hold a hearing on Plaintiffs' Motion for a Rule to Show Cause why Defendant should not be held in contempt of this Court for his failure to appear for a Citation to Discover Assets on February 20, 2008, which was timely served.

DATED: FEB 2 8 2008

ENTER: _Blanche M. Manning_
Honorable Judge Manning

JOHN J. TOOMEY
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

Order Form (01/2005)

Case 1:07-cv-06805   Document 18   Filed 02/28/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6805 | **DATE** | 2/28/2008 |
| **CASE TITLE** | TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS et AL vs. BURNS CARTAGE INC | | |

**DOCKET ENTRY TEXT**

Defendant fails to appear. Plaintiff's motion for a rule to show cause is granted. Hearing on the rule to show cause is set for March 18, 2008 at 11:00 am.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JS |
|---|---|---|