# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6805 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Trsts of Suburban Teamsters of Northern Illinois PenFd & Welfare Fds vs. Burns Cartage, Inc. | | |

**DOCKET ENTRY TEXT**

Case called for show cause hearing. Plaintiff failed to appear. Darryl Burns appeared on behalf of defendant. The rule to show cause is hereby discharged.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Case 1:07-cv-06805    Document 22    Filed 04/08/2008    Page 1 of 1

07C6805 Trsts of Suburban Teamsters of Northern Illinois PenFd & Welfare Fds vs. Burns Cartage, Inc.    Page 1 of 1